# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JOHN R. ASHCROFT, in his official capacity as Secretary of State of Missouri, et al.,<br><br>Defendants-Appellants. | Case No. 24-2879 |

## **APPELLANTS' MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellants submit this Motion to Voluntarily Dismiss Appeal, Case No. 24-2879. The Appellants and Appellee have agreed that this dismissal is with prejudice, and each party shall bear its own costs on appeal. The Appellants and Appellee have filed a Joint Stipulation in the District Court memorializing their agreement that: (i) Appellants will pay Appellee $500,000 in full satisfaction of Appellee's request for fees and costs in the District Court; and (ii) that Appellants would file this motion seeking dismissal of their appeal with prejudice contemporaneously with the filing of the Joint Stipulation. Wherefore, Appellants respectfully request that this appeal be dismissed with prejudice.

Dated: September 27, 2024

Respectfully submitted,

**GRAVES GARRETT GREIM LLC**
*/s/ Edward D. Greim*
Edward D. Greim (MO 54034)
James M. Humphrey (MO 50200)
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Tel.: (816) 256-3181
Fax: (816) 222-0534
edgreim@gravesgarrett.com
jhumphrey@gravesgarrett.com

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

The electronic signature below certifies that all counsel of record have been electronically served with this document as the date of filing.

September 27, 2024
Date

[signature]
Signature